Link to doc. # 162

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 08-904-GHK |
| Date | March 30, 2011 |

Present: The Honorable **George H. King, United States District Judge**

Interpreter

| Beatrice Herrera | Not Reported | Vince Farhat - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rudra Sabaratnam | NOT | X | | John D. Vandevelde | NOT | | X |

**Proceedings:** **(In Chambers) Order** Setting Hearing for Oral Argument re: Motion for Release of Cash Bail Deposit to United States

   We have considered the papers filed in support of and in opposition to Plaintiff's Motion for Release of Cash Bail Deposit to United States ("Motion"), which was taken under submission on March 7, 2011. We wish to give counsel an opportunity to present oral argument concerning the Motion's alternative ground for seeking the release of the bail deposit to the United States, under 28 U.S.C. § 2044. We hereby set this matter for hearing on **April 7, 2011** at 9:30 a.m.

   **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Deputy Clerk | | IR for BH |